**Thomas P. Riley, SBN 194706**
**Law Offices of Thomas P. Riley, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS. INC..**

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. EDCV 09-1209 WDK |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | |
| Hortencia Bustamante Brito, et al. | |
| Defendant. | |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, J & J Sports Productions, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against **Jose Bulmaro Brito, individually and d/b/a Los Picantes Restaurant,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

Page 1

1       Said Defendant was duly served with the Summons and Complaint, evidenced
2 by the Proof of Service on file with this Court.
3
4
5
6 Dated: August 18, 2009       */s/ Thomas P. Riley*
                                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
7                                                 By: Thomas P. Riley
8                                                 Attorneys for Plaintiff
                                                J & J Sports Productions, Inc.
9
10 ///
11
12 ///
13 ///
14
15 ///
16 ///
17
18 ///
19 ///
20 ///
21
22 ///
23 ///
24
25 ///
26 ///
27
28 ///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 18, 2009 I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Hortencia Bustamante Brito (Defendant)
13568 Sesame Road
Moreno Valley, CA 92555

Jose Bulmaro Brito (Defendant)
13568 Seasame Road
Moreno Valley, CA 92555

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 18, 2009, at South Pasadena, California.

Dated: August 18, 2009           */s/ Maria Baird*
                                 MARIA BAIRD