**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | Case No. EDCV 09-1209 WDK |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT** |
| **HORTENCIA BUSTMANTE BRITO, ET AL.** | |
| Defendant. | |

**To: The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1.  I am the attorney for J & J Sports Productions, Inc., in the above-entitled action.

2.  On July 15, 2009, Defendant was duly served with Summons and Complaints and supplemental suit papers filed in this action.

3.  On or about July 22, 2009, the Proof of Service, evidencing same

Page 1

was filed with the Court.

    4.    The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

    5.    Defendant is not infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

    6.    Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated:  August 18, 2009    */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 18, 2009, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

> Hortencia Bustamante Brito (Defendant)
> 13568 Sesame Road
> Moreno Valley, CA 92555
>
> Jose Bulmaro Brito (Defendant)
> 13568 Sesame Road
> Moreno Valley, CA 92555

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 18, 2009, at South Pasadena, California.

Dated: August 18, 2009        */s/ Maria Baird*
                              MARIA BAIRD