Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Hortencia Bustamante Brito, et al. <br><br> Defendants. | CASE NO. 5:09-cv-01209-WDK <br><br> DECLARATION OF AFFIANT |

TO THE CLERK OF THE COURT:

A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

Respectfully submitted:

Date: October 16, 2009

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

STATE OF California

COUNTY OF Riverside

### AFFIDAVIT

I, the undersigned, being duly sworn according to law deposes and says, that on June 28, 2008, at 6-7 p.m./a.m., I entered the Las Picantes Restaurant

(date) (time) (trade name of establishment)

located at 13373 Perris Blvd Moreno Valley Ca. 92553

(street address, city, state, zip code)

I paid a cover charge of $ 0 to enter this establishment. I ordered 0 Drink(s) from the Bartender/ Barmaid/ Waitress who was described as F 38 H 5'6" 145 lbs

(name, sex, age, ethnicity, distinguishing characteristics)

I observed 1 televisions located inside this establishment. The televisions can be

(total # of TVs)

described as follows: JVC Approx 54" located

(make, model, and size of each TV)

at back open room with TV being the attraction of the room

(specific location of each TV)

At the time I was inside the above establishment, I observed the following program on the above televisions: Fransico Lorenzo in blue trunks with white stripe was making his way to the ring

(names of fighters or commentators, trunk colors of each fighter/attire of commentators, time remaining in round)

I also observed the following distinguishing items inside the establishment:

_____

(posters, decorations, pool tables, memorabilia, etc.)

This establishment rates fair

(Good, Fair, Poor)

Page 1 of 2

The capacity of this establishment is approximately __60__ people. At the time of my appearance I counted the number of patrons three (3) separate times. The head counts were __9__, __9__, __12__.

I left the above establishment at __6-7__ (time) p.m./a.m on __June 28, 2008__ (date).

I also observed the following license plates in the parking lot (Shared parking lot):

1) 7V45996  2) 5LVM803  3) 3JGK777
4) _____  5) _____  6) _____

Date: July 8, 2008

Signature of Investigator: _Eli_

Name of Investigator (Printed): Eli Gonzalez

[Notary stamp: J. GONZALEZ, Commission # 1734114, Notary Public - California, Riverside County, My Comm. Expires Mar 26, 2011]

Gonzalez Exclusive Investigations
Investigative Agency

(951) 788-5677
Telephone Number of Agency

## NOTARY

On __July 8, 2008__, before me, __Jennifer Douglas__ Notary Public, personally appeared __Elias Gonzalez__ [X] personally known to me --- or --- [ ]  proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Signature of Notary

Page 2 of 2





# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 16, 2009, I served:

**DECLARATION OF AFFIANT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Hortencia Bustamante Brito (Defendant)
13568 Sesame Road
Moreno Valley, CA 92555

Jose Bulmaro Brito (Defendant)
13568 Sesame Road
Moreno Valley, CA 92555

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 16, 2009, at South Pasadena, California.

Dated: October 16, 2009

/s/ Maria Baird
**MARIA BAIRD**