```
                                    Priority   ___
                                    Send       ___
                                    Enter      ___
                                    Closed     ___
                                    JS-5/JS-6   ✓
                                    JS-2/JS-3  ___
                                    Scan Only  ___
```

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**HORTENCIA BUSTAMANTE BRITO, et al.,**<br><br>Defendants. | Case No. EDCV 09-1209 WDK(FMOx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to Defendants Hortencia Bustamante Brito, individually and d/b/a Los Picantes Restaurant and Jose Bulmaro Brito, individually and d/b/a Los Picantes Restaurant, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the Plaintiff J & J Sports Productions, Inc. against Defendants Hortencia Bustamante Brito, individually and d/b/a Los Picantes Restaurant and Jose Bulmaro Brito, individually and d/b/a Los Picantes Restaurant, as follows:

    (a)    Defendants Hortencia Bustamante Brito, individually and d/b/a

Los Picantes Restaurant and Jose Bulmaro Brito, individually and d/b/a Los Picantes Restaurant, shall pay the Plaintiff, J & J Sports Productions, Inc., $1,099.00 in total damages plus attorney's fees in the amount of $309.90 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: JUL -2 2010

William Keller
United States District Judge